UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE ANTONIO WALKER,

            Plaintiff,

-against-

NEW YORK STATE POLICE, et al.,

            Defendants.

**ORDER**

25-CV-01133 (PMH)

PHILIP M. HALPERN, United States District Judge:

    Plaintiff's request for an additional thirty days to effectuate service on Defendants pursuant to Federal Rule of Civil Procedure 4(m) is GRANTED.

    The time to serve is extended, *nunc pro tunc*, to June 18, 2025.

SO ORDERED:

Dated: White Plains, New York
       May 19, 2025

_____
Philip M. Halpern
United States District Judge