UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OV NEW YORK

TYRONE ANTONIO WALKER

Plaintiff,

-against-

NEW YORK STATE POLICE, etal.

Defendants.

25-CV-01133(PMH)

**NOTICE OF MOTION TO RESTORE CASE**

**PLEASE TAKE NOTICE**, that upon the annexed Affirmation of Antoinette L. Williams, Esq., will move this Court to be held on August 21 2026, 2026 at 9:30 o'clock in the forenoon of that day, or as soon thereafter as Counsel may be heard restoring this matter to the Court's calendar and for such other and further relief as this Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that answering affidavits, if any, must be served upon the undersigned at least 7 days before the return date of this motion.

Application denied. Plaintiff's motion does not cite any rule or case upon which he relies in moving to "restore" this case--which was dismissed more than one year ago, after Plaintiff was granted extensions to effectuate service and failed to comply with multiple court orders requiring him to prove service. (See Docs. 5, 7, 8, 12).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 31, 2026

Yours, etc.,

Antoinette L. Williams, Esq.
Antoinette L. Williams, LLC
Attorney for Plaintiff
P.O. Box 8556
Pelham, New York 10803
(914) 844-2937
Williamslaw125@gmail.com